IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

KAY MATHIS,

    Plaintiff,

v.

    Case no: _____
    Division no: _____

FAMILY DOLLAR, INC.
[Serve:    Corporate Service Company
        2900 SW Wannamaker Drive, Ste. 204
        Topeka, KS 66614]

    Defendant.

## PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT

**COMES NOW** Plaintiff Kay Mathis, by and through counsel, and propounds the following interrogatories to Family Dollar, Inc., pursuant to Kansas Rule of Civil Procedure 60-233, to be answered according to and within the time provided by law.

## DEFINITIONS

**Identify**: When used with regard to a person, "identify" shall mean to state the person's (a) full name; (b) title or position; (c) present or last known business and home address and telephone numbers; (d) present or last known employer; (e) Social Security Number; and (f) date of birth.

**You or Your**: As used herein, the words "you" and "your" include, but are not limited to, your attorneys, insurance carrier and its agents/employees, insurance broker, representatives, agents, assigns, partners, owners, shareholders, employees, agents, anyone acting on your behalf, and any other related persons or entities.

**Document**: As used herein, "document" or "documents" shall mean every original and every copy of any original or copy which differs in any way from any original of every writing or recording of every kind or description, whether handwritten, typed, drawn sketched, printed or recorded by any physical, mechanical, electronic or electrical mean whatever, including without limitation letters, book, records, reports, papers, pamphlets, brochures, circulars, advertisements, specifications, blueprints, tabulations, bulletins, press releases, computer programs, data 2 contained in computer programs, date contained in computers, data sheets, analyses, summaries, ledgers, profit and loss statements, cash flow statements, balance sheets, annual or other periodic reports, prospectuses, registrations,

solicitations, minutes, stock ledgers, stock certificates, licenses, permits, calendars, appointment books, diaries, telephone bills and toll agendas, payroll records, checkbooks, cancelled checks, receipts, applications, offers, acceptances, proposals, financing statements, documents of title, forecasts or appraisals, purchase orders, invoices, orders of acknowledgement, bills of lading, written memorials of oral communications, forecasts, photographs, photographic slides or negatives, films, filmstrips, tapes and records, diskette, compact disc, maps, plats, surveys, drawings, sketches, graphs, charts, plans, state and federal governmental hearings and reports, laboratory or engineering reports, correspondence, communications, telegrams, telexes, cables, memoranda, notes, notebooks, work sheets, reports, lists, note charts, summaries or records of telephone conversations, summaries or records or personal conversations, interviews, records or minutes of meetings or negotiations, opinions or reports of consultants, accountings of any kind, work papers and transcripts. "Documents" shall also refer to all data maintained electronically, digitally, whether in computers or otherwise.

**Visual Representation**: As used herein, the words "visual representation" include, but are not limited to, blueprints, drawings, photographs, slides, motion pictures, films, videotapes, drawings, sketches, x-rays, radiological studies, medical imaging, microfiche, microfilm, any retrievable image in computer storage including images stored on CD ROM, or any other recordings of the physical appearance of any subject by any means.

**Statement**: As used herein, the word "statement" includes, but is not limited to, any statement, or notes or summaries of any statements, given by any person, whether a party or non-party, that is written (whether signed or unsigned), oral, recorded (whether transcribed or not), or held in any other medium, including, but not limited to, information in computer storage.

**Witness(es) or Witnessed**: As used herein, the word words "witness," "witnesses," and "witnessed" mean and relate to any person who has knowledge of, claims to have knowledge of, or that you believe may have knowledge of the occurrence, the injuries, the damages alleged, or any other matter in issue.

**Defendant(s)**: For the purpose of these Interrogatories, the term "Defendant(s)" shall encompass all those Defendants listed in the case caption, even if the person answering is not answering for all Defendants, but only has such knowledge or information of, for or relating to any other Defendant(s).

**Occurrence**: As used herein, "occurrence" refers to the occurrence of October 6, 2019, as mentioned and described in Plaintiff's Petition for Damages or any other pleading which makes reference to same.

**Subject Premises**: As used herein, "subject premises" refers to 1200 North 7th Street Trafficway in Kansas City, Wyandotte County, Kansas.

**Claims of Privilege**: When information or documents are withheld from disclosure or discovery on a claim that they are privileged pursuant to a common law or statutory privilege, any such claim shall be made expressly and shall be supported by a description of the nature of the documents, communications or things not produced or disclosed and the exact privilege which is being claimed.

*******************************

1. Identify the individual answering and signing these Answers to Interrogatories.

ANSWER:

2. Identify each person who prepared, consulted, or assisted in the preparation of the responses to these interrogatories.

ANSWER:

3. Identify all persons who witnessed the occurrence. If they are employees of your entity or company, state:

    (a) Whether they are currently employed by you;

    (b) Their present employment position with you;

    (c) Their employment position with you at the time of the occurrence.

ANSWER:

4. Identify all persons who you believe to have been at the scene of the occurrence immediately before, at the time of, or immediately subsequent to the occurrence. If they are employees of your entity or company, state:

    (a) Whether they are currently employed by you;

    (b) Their present employment position with you;

    (c) Their employment position with you at the time of the occurrence.

ANSWER:

5. Identify all persons who you believe to have knowledge of the facts of the occurrence and/or injuries described in the Petition.

ANSWER:

6. Identify all supervisory personnel whom you employed at the subject premises, specifically any supervisory personnel or management, employed or in charge of

overseeing the operation of the parking lot at the subject premises at the time of the occurrence and for one year prior, and subsequent to the occurrence, and state:

    (a) Whether they are currently employed by you;

    (b) Their present employment position with you;

    (c) Their employment position with you at the time of the occurrence.

    (d) A description of their employment task(s) on the date the occurrence.

ANSWER:

7. Identify all personnel whom you employed at the subject premises on the date of the occurrence, specially anyone employed in the day to day operation of the aisles at the subject premises, at the time of the occurrence, for one year prior, and subsequent to the occurrence, and state:

    (a) Whether they are currently employed by you;

    (b) Their present employment position with you;

    (c) Their employment position with you at the time of the occurrence.

    (d) A description of their employment task(s) on the date the occurrence.

ANSWER:

8. Identify all personnel responsible for safety and planning on the subject premises including but not limited to those personnel responsible for drafting safety protocols.

ANSWER:

9. Identify the owner(s) and property manager(s) of the subject premises at the time of the occurrence and presently.

ANSWER:

10. State whether you entered into a contract with any firm or company for property management, repair, alteration, and/or maintenance at the subject premises and site of the occurrence described in the complaint. If so, please state the name of all such firm(s) or company(s), the date on which you entered into the contract, the duration of the work performed, and the nature and purpose of the work performed there.

Attach any corresponding documents, contracts or agreements as part of your answer to this interrogatory.

ANSWER:

11. State whether any inspection was made of the area surrounding the place where the plaintiff was injured on the date of the occurrence or within a ten (10) day period of time prior or subsequent thereto. If your answer is in the affirmative;

(a) Identify the person(s) making such inspection;

(b) Identify the employer of any such person(s);

(c) State whether a written or oral report was made;

(d) identify to whom a report made.

ANSWER:

12. Were any visual representations taken of the scene of the occurrence or of Plaintiff? If the answer is in the affirmative:

(a) Identify the person taking said visual representations;

(b) Sate the date on which said visual representations were taken;

(c) Identify all persons who presently have copies of said visual representations;

(d) Please produce any and all visual representations with your answers to these interrogatories:

ANSWER:

13. Do you have statements from any witness or persons with knowledge? If so,

(a) Identify each such witness;

(b) The date of said statement; and

(c) state whether such statement was written or oral.

If this defendant possesses or has knowledge of statements by witnesses, but asserts such witnesses are within defendant's "control group,"

(a) Identify the person from whom each statement was obtained;

(b) Their current title and title at the time the statement was provided;

(c) The date the statement was given;

(d) To whom the statement was given;

(e) Who was present when the statement was given; and

(f) Provide an affidavit in support of your contention that this person is part of the

"control group."

Please attach a copy of any statement(s) to your answers to these Interrogatories.

ANSWER:

14. Were there any reports submitted by any individual regarding the injuries to Plaintiff or the condition of the subject premises on the date of the occurrence? If the answer is in the affirmative,

(a) Identify the person or persons or company who presently has possession of said reports;

(b) Identify each individual submitting said reports;

(c) Attach a copy of each such report hereto.

ANSWER:

15. Do you have any information tending to indicate:

(a) That Plaintiff was, within five years immediately prior to the occurrence, confined in a hospital, treated by a physician or xrayed for any reason other than personal injury? If so, give the name and address of each such hospital, physician, technician, or clinic, the approximate date of such confinement or service and state, in general, the reason for such confinement;

(b) That Plaintiff had suffered serious personal injury prior to the date of said occurrence? If so, state when, where and in general how he was injured and describe in general the injuries suffered;

(c) That Plaintiff has suffered either (1) any personal injury or (2) serious illness, since the date of said occurrence? If so, for (1) state when, where and in general the injuries suffered; and for (2) state when he was ill and describe in general the illness;

(d) That Plaintiff has filed any other suit for personal injuries? If so, give the Court in which filed, the year filed and the title and docket number of said case.

ANSWER:

16. Was this defendant named or covered under any policy or policies of liability insurance (including excess coverage and umbrella policies) effective on the date of the occurrence, and, if so, state the named insured(s) under each such policy, the name of each insurance company underwriting the risk, the policy number(s), the effective period(s) and the maximum liability limits for each person and each occurrence under each policy.

ANSWER:

17. Have you received any information with respect to either Plaintiff's ability or inability to perform work and/or physical activities of any nature? If your answer is in the affirmative, please attach to your Answers to these Interrogatories the following:

(a) Photocopies of any reports, memoranda, correspondence and/or any such other documents relating to surveillance of the Plaintiff;

(b) Statements obtained from any individuals relating to Plaintiff's ability or inability to perform work and/or physical activities;

(c) Photographs, motion pictures and/or videotapes depicting Plaintiff's ability or inability to perform work and/or physical activities.

ANSWER:

18. Identify any and all manuals, rules, regulations, directives, training programs, videos, or the like that were in place on the date of the occurrence regarding maintenance and inspection of the subject premises, including, but not limited to, (i) the procedure for identifying safety hazards located in the aisles of subject premises; (ii) the procedure for identifying tripping hazards on the subject premises, and (iii) the procedure for repairing any safety hazards on the subject premises.

ANSWER:

19. Identify any and all manuals, rules, regulations, directives, training programs, videos, or the like that were in place on the date of the occurrence regarding safety precautions and/or risk management at the subject premises, including but not limited to, (i) the procedure for identifying safety hazards located in the aisles of subject premises; (ii) the procedure for identifying tripping hazards on the subject premises, and (iii) the procedure for remedying any safety hazards on the subject premises.

ANSWER:

20. Identify any and all manuals, rules, regulations, directives, training programs, meeting minutes, videos, or the like that were in place on the date of the occurrence regarding methods to provide protection or warning for pedestrians about safety hazards on the subject premises.

ANSWER:

21. If it is this defendant's contention that Plaintiff's injuries were caused by some entity, person or persons other than yourself, any agent, or employee of this defendant, or any person over whom this defendant has control, please identify such other person or entity fully, giving name and address.

ANSWER:

22. What warning signs, if any, were located at the subject premises at the time of the occurrence, to give notice to pedestrians and the public at large that was present at the subject premises that an unused empty crate in the aisle of the subject premises?

ANSWER:

23. Do you, or does any agent or employee of this defendant, including defendant's insurance company, have possession or control of, or know of the existence of, any maps, pictures, photographs, plats, drawings, diagrams, physical evidence, measurements or written descriptions of the occurrence, or of the areas or persons involved? If so,

(a) Identify the person(s) in possession of the same and its nature and/or specific subject matter;

(b) State the date and time it was made or taken; and

(c) Identify the person making or taking it.

ANSWER:

24. Within the past five years, has this defendant received or become aware of any complaints regarding the subject premises, or nearby, including any complaints of tripping hazards on the subject premises? For each complaint, please:

   (a) State the date of the complaint;

   (b) State the nature of the situation complained of; and

   (c) Identify the person so complaining.

ANSWER:


25. Within the past five years, has this defendant received or become aware of any claims resulting from injuries alleged to be suffered by any person(s) at the subject premises or nearby due to injuries sustained on the subject premises, including any claims for customers or pedestrian tripping or falling because of tripping hazards on the subject premises? For each claim:

   (a)   State the date of alleged injury;

   (b) State the date the claim was received;

   (c) Identify the injured claimant; and

   (d) Identify claimant's attorney (if any).

ANSWER:

26. Identify each person that you expect to call as an expert witness at trial and, for each such person, state the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, and a summary of the grounds for each such opinion.

ANSWER:

27. Identify all persons who have followed and/or in any way conducted surveillance of Plaintiff Kay Mathis on behalf of defendant since the date of the occurrence described in Plaintiff's petition. For each such person:

(a) State under whose direction the person was acting; and,

(b) State the date and location where the surveillance was conducted.

ANSWER:

Respectfully Submitted,

COUCH, PIERCE, KING
   & WHARTON, CHARTERED

_____
MICHAEL W. WHARTON    KS#16228
12 Corporate Woods, Suite 370
10975 Benson Drive
Overland Park, Kansas 66210-2120
Telephone: (913) 451-8430/fax: (913) 451-8531
Email: mwharton@cpkwlaw.com
**ATTORNEYS FOR PLAINTIFF**

STATE OF _____ )
                               ) ss.
COUNTY OF _____ )

_____, though its representative _____, being first duly sworn upon its oath, states:

That it is the defendant above named; that it has read the above and foregoing interrogatories and that the answers thereto are true and correct according to its best information and belief.

_____

By: _____

SWORN to and subscribed before me this \_\_\_\_ day of _____, 2020.

_____
NOTARY PUBLIC

My Appointment Expires:

_____